OPINION — AG — **** RURAL WATER DISTRICTS — NEPOTISM **** A RURAL WATER DISTRICT CREATED BY 82 O.S. 1978 Supp., 1324.1 [82-1324.1] ET SEQ., IS A GOVERNMENTAL BODY WITHIN THE PROHIBITIONS OF THE OKLAHOMA NEPOTISM STATUTES AND A BOARD MEMBER'S WIFE BEING RELATED WITHIN THE THIRD DEGREE BY AFFINITY OR CONSANGUINITY WOULD BE INELIGIBLE FOR FULL TIME EMPLOYMENT BY THE DISTRICT. CITE: 21 O.S. 1971 481 [21-481], 82 O.S. 1971 2324.1 [82-2324.1], 82 O.S. 1971 1324.6 [82-1324.6] [82-1324.6], 21 O.S. 1971 487 [21-487] (WILLIAM S. FLANAGAN) SEE: OPINION NO. 94-603 (1995)